Same case below, 581 F.3d 841.

**No. 09-1162. Evan Carolyn, Petitioner v. Orange Park Community Association.**

560 U.S. 939, 130 S. Ct. 3355, 176 L. Ed. 2d 1246, 2010 U.S. LEXIS 4497.

June 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, denied.

Same case below, 177 Cal. App. 4th 1090, 99 Cal. Rptr. 3d 699.

**No. 09-1166. Reza H. Ahmadi, Petitioner v. Static Control Components, Inc.**

560 U.S. 939, 130 S. Ct. 3356, 176 L. Ed. 2d 1246, 2010 U.S. LEXIS 4544,

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 358 Fed. Appx. 416.

**No. 09-1167. Clifton Clark, Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections.**

560 U.S. 939, 130 S. Ct. 3356, 176 L. Ed. 2d 1246, 2010 U.S. LEXIS 4477.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 359 Fed. Appx. 481.

**No. 09-1168. Mali Chagby, Petitioner v. Target Corporation, et al.**

560 U.S. 939, 130 S. Ct. 3356, 176 L. Ed. 2d 1246, 2010 U.S. LEXIS 4528.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 358 Fed. Appx. 805.

**No. 09-1169. Shirley A. Graham, Petitioner v. Hartford Life and Accident Insurance Company.**

560 U.S. 939, 130 S. Ct. 3356, 176 L. Ed. 2d 1246, 2010 U.S. LEXIS 4517.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 589 F.3d 1345.

**No. 09-1179. Richard Bolte, Petitioner v. Supreme Court of Wisconsin, et al.**

560 U.S. 939, 130 S. Ct. 3360, 176 L. Ed. 2d 1246, 2010 U.S. LEXIS 4385.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.